# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| ROY PENA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Docket No. 3:14-cv-260 |
| | § | |
| DUPRE MARINE | § | |
| TRANSPORTATION, LLC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

The parties have reached an amicable resolution and request the Court remove this case from its active docket. The parties will file dismissal documents within 14 days.

Respectfully submitted,

By: */s/ Michael A. Josephson*
   Michael A. Josephson
   Fed. Id. 27157
   State Bar No. 24014780
   Andrew Dunlap
   Fed. Id. 1093163
   State Bar No. 24078444
   Lindsay R. Itkin
   Fed Id. 1458866
   Texas Bar No. 24068647

   **FIBICH, LEEBRON, COPELAND**
   **BRIGGS & JOSEPHSON**
   1150 Bissonnet Street
   Houston, Texas 77005
   713-751-0025 – Telephone
   713-751-0030 – Facsimile
   adunlap@fibichlaw.com
   mjosephson@fibichlaw.com
   litkin@fibichlaw.com

**AND**

Richard (Rex) Burch
Fed. Id. 21615
Texas Bar No. 24001807
rburch@bucknerburch.com
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

Plaintiff served this pleasding on all parties pursuant to the Federal Rules of Civil Procedure on January 21, 2015.

*/s/ Michael A. Josephson*
Michael A. Josephson