IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **ROY PENA, individually and on behalf of all others similarly situated** § § § | | |
| | § | **DOCKET NO. 3:14-cv-00260** |
| **Plaintiff,** | § § | **JURY TRIAL DEMANDED** |
| vs. | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b)** |
| **DUPRE MARINE TRANSPORTATION, LLC. AND RORY DUPRE** | § § § § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff Roy Pena ("Plaintiff") and Defendants Dupre Marine Transportation, L.L.C. and Rory Dupre (collectively "Defendants"), who, pursuant to a settlement agreement between Plaintiff and the Defendants, now jointly move this Court for the entry of an order dismissing all of Plaintiff's claims in the captioned lawsuit against Defendants with prejudice, with each party to bear its own costs.

WHEREFORE, the parties request that the Court grant this Joint Motion to Dismiss and enter an order dismissing this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael A. Josephson* | s/ Martin R. Sadler |
| Michael A. Josephson | **LUGENBUHL, WHEATON, PECK,** |
| Texas Bar No. 24014780 | **RANKIN & HUBBARD** |
| S.D. Tex. No. 27157 | Martin R. Sadler |
| Andrew W. Dunlap | Texas State Bar No. 00788842 |
| Texas Bar No. 24078444 | Federal ID No. 18230 |
| S.D. Tex. No. 1093163 | msadler@lawla.com |
| **FIBICH, LEEBRON, COPELAND,** | 815 Walker Street, Suite 1447 |
| **BRIGGS & JOSEPHSON** | Houston, Texas 77002 |
| 1150 Bissonnet Street | Telephone: (713) 222-1990 |
| Houston, Texas 77005 | Facsimile: (713) 222-1996 |
| (713) 751-025 [Telephone] | & |
| (713) 751-0030 [Fax] | Miles C. Thomas |
| mjosephson@fhl-law.com | *Pro Hac Vice* |
| adunlap@fhl-law.com | Louisiana State Bar No. 31342 |
| | mthomas@lawla.com |
| AND | 601 Poydras Street, Suite 2775 |
| | New Orleans, Louisiana 70130 |
| Richard J. (Rex) Burch | Telephone: (504) 568-1990 |
| Fed. Id. 21615 | Facsimile: (504) 310-9195 |
| Texas Bar No. 24001807 | **ATTORNEYS FOR DEFENDANTS** |
| James A. Jones | |
| Fed. Id. 90 | |
| Texas Bar No. 10908300 | |
| **BRUCKNER BURCH, P.L.L.C.** | |
| 8 Greenway Plaza, Suite 1500 | |
| Houston, Texas 77046 | |
| 713-877-8788 – Telephone | |
| 713-877-8065 – Facsimile | |
| rburch@brucknerburch.com | |
| jjones@brucknerburch.com | |

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 24th day of March, 2015.

　　　　　　　　　　　　　　　　*/s/Michael A. Josephson*
　　　　　　　　　　　　　　　　Michael A. Josephson