IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **ROY PENA, individually and on behalf of all others similarly situated** | § § § | |
| Plaintiff, | § § | **DOCKET NO. 3:14-cv-00260** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| **DUPRE MARINE TRANSPORTATION, LLC. AND RORY DUPRE** | § § § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b)** |
| Defendant. | | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Joint Motion to Dismiss With Prejudice, the Court hereby finds that the parties' Joint Motion to Dismiss With Prejudice is GRANTED, and this case is hereby dismissed with prejudice; costs of court to be paid by the party incurring same.

Signed on this _____day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE